# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEV OMELCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, LIEUTENANT DESMOND FLOYD, in his individual capacity, and OFFICER CARL MILLER, in his individual capacity,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:23-cv-04041-VMC |

## ORDER GRANTING CONSENT MOTION FOR STAY OF PROCEEDINGS

The parties' Consent Motion for Stay of Proceedings, having come before this Court, and having read the same and for good cause shown, it is hereby **ORDERED** that the Consent Motion for Stay of Proceedings is **GRANTED**. All proceedings in this matter, including discovery, are stayed until the Court's adjudication of the City's Motion to Dismiss Amended Complaint. (Doc. 18).

**SO ORDERED**, this 4th day of March, 2024.

_____
Honorable Judge, Victoria M. Calvert

4