**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LEV OMELCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, LIEUTENANT DESMOND FLOYD, in his individual capacity, and OFFICER CARL MILLER, in his individual capacity,<br><br>Defendants. | Civil Action No.<br>1:23-cv-04041-VMC |

**ORDER**

The undersigned hereby **RECUSES** herself from further participation in this action. The Clerk is **DIRECTED** to reassign this case in accordance with the Internal Operating Procedures of this Court.

**SO ORDERED** this 2nd day of April, 2024.

Victoria Marie Calvert
United States District Judge